## Abe Jacobson, Appellee, v. Harry Jacobson, also known as Harold Jacobson, Appellant.

### Gen. No. 47,466.

First District, Third Division.

June 4, 1958.

Released for publication July 18, 1958.

Edelson and Krauss (William N. Wise, of counsel) for appellant; Salita and Welter (Matthew L. Salita, and Rudolph L. Janega, of counsel) for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.